UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| LEBRON GLADDEN, JR., TINA GLADDEN, JEREMY BIBB, BRENT BIBB and TINA GLADDEN, his Natural Mother and Guardian, SKYE GLADDEN, Individually and by LEBRON GLADDEN, JR., her Natural Father and Guardian,<br><br>    Plaintiffs,<br><br>v.<br><br>SERGEANT KEITH MCDONALD, Individually, OFFICER DEVIN BIZER, Individually, OFFICER DARREN BAKER, Individually, and THE CITY OF CHARLESTOWN,<br><br>    Defendants. | Cause No. 4:06-CV-142 DFH-WGH |

> Magistrate Judge's Recommendation: Because dismissal is an extreme sanction and based on representations in Docket No, 26, this motion should be denied at this time. The settlement conference set May 31, 2007, will proceed as scheduled. Written objections to this recommendation should be filed within ten days.
>
> *WmG Hussmann*
> WILLIAM G. HUSSMANN, JR.
> Magistrate Judge
>
> Dated: 5/24/2007

## RULE 41(b) MOTION FOR ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR WANT OF PROSECUTION

Come now Keith McDonald, Devin Bizer, Darren Baker and the City of Charlestown, individually and in their official capacities, by counsel, and in support of their motion for order to show cause why plaintiffs' suit should not be dismissed for lack of prosecution under Fed. R. Civ. P. 41(b), state as follows:

1. This cause of action is pending on the complaint filed by plaintiffs alleging violation of their federal and state constitutional rights by defendants.

2. Plaintiffs have not served their initial disclosures, due March 1, 2007, pursuant to the case management plan.

3. Plaintiffs have failed to file their preliminary witness and exhibit lists, due March 22, 2007, as set out in the case management plan.